# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUISA ALVAREZ,<br><br>    Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendants. | Case No.  1:15-cv-01708-NONE-SAB<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND VACATING OCTOBER 28, 2020 HEARING<br><br>(Doc. No. 23) |
| LUISA ALVAREZ,<br><br>    Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendants. | Case No.  1:20-cv-01207-SKO<br>New Case No.  1:20-cv-01207-SAB<br><br>ORDER REASSIGNING CASE TO THE DOCKET OF MAGISTRATE JUDGE STANLEY A. BOONE |

On October 9, 2015, Plaintiff Luisa Alvarez filed an action challenging the denial of Social Security benefits by Defendant Commissioner of Social Security. *Alvarez v. Comm. of Soc. Sec.* (*Alvarez I*), No. 1:15-cv-01708-SAB (E.D. Cal.).  On February 24, 2017, an order issued granting plaintiff's Social Security appeal in part and remanding the matter for further administrative proceedings.  *Id.*

On August 25, 2020, plaintiff filed a second action challenging the denial of Social Security benefits following remand. *Alvarez v. Comm. of Soc. Sec.* (*Alvarez II*), No. 1:20-cv-

01207-SKO (E.D. Cal.)

On September 22, 2020, plaintiff filed a motion in *Alvarez I* seeking to relate *Alvarez I* and *Alvarez II* under Local Rule 123, on the ground that both cases involve at least one, if not all, the same issue(s). The court, having reviewed the record, finds this matter suitable for decision without oral argument. *See* Local Rule 230(g). Therefore, the previously scheduled hearing will be vacated.

Upon review of the instant motion, these actions arise from the same incident, plaintiff's application for Social Security benefits, and involve overlapping questions of law and fact. Accordingly,

1. Plaintiff's motion to consider whether the cases should be related is GRANTED;
2. The Office of the Clerk is DIRECTED to relate *Alvarez v. Comm. of Soc. Sec.* (*Alvarez I*), No. 1:15-cv-01708-SAB and *Alvarez v. Comm. of Soc. Sec.* (*Alvarez II*), No. 1:20-cv-01207-SKO;
3. *Alvarez v. Comm. of Soc. Sec.* (*Alvarez II*), No. 1:20-cv-01207-SKO is reassigned to the docket of Magistrate Judge Stanley A. Boone;

    The new case number shall be 1:20-cv-01207-SAB

    and all future pleadings and/or correspondence must be so numbered. The parties are advised that use of an incorrect case number, including initials, may result in a delay of documents being processed and copies thereof being correctly distributed and received by the appropriate judicial officer; and
4. The hearing set for October 28, 2020 in *Alvarez I* is VACATED and the parties need not appear on that date.

IT IS SO ORDERED.

Dated:   **September 29, 2020**

UNITED STATES DISTRICT JUDGE

2