# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUISA ALVAREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.  1:20-cv-01207-SAB<br><br>ORDER DIRECTING CLERK OF THE COURT TO ISSUE NEW CASE DOCUMENTS |

On August 25, 2020, Luisa Alvarez ("Plaintiff") filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying her application for disability benefits pursuant to the Social Security Act.  On August 31, 2020, the summons in this action issued.  On September 29, 2020, the action was reassigned to the undersigned.

On April 14, 2020, General Order Number 615 issued staying all Social Security actions filed after February 1, 2020 until the Commissioner may begin normal operations at the Office of Appellate Hearings Operations and may resume preparation of a certified copy of the administrative record.  Pursuant to the general order, all cases are stayed upon filing unless otherwise ordered by the court.  The Court finds that it is appropriate to direct service of the complaint in this action and the stay will go into effect upon service of the complaint.

1    Accordingly, the Office of the Clerk is directed to issue new case documents in this
2 action. Plaintiff shall serve the summons and complaint and is directed to paragraph 1 of the
3 scheduling order to be issued in this action, which directs that the summons and complaint shall
4 be served **within 20 days of the filing of the complaint.** Plaintiff shall promptly file proof of
5 service with the Court upon completion of service.

IT IS SO ORDERED.

Dated:   **September 29, 2020**

UNITED STATES MAGISTRATE JUDGE