# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUISA ALVAREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.  1:20-cv-01207-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND ADVISING PARTIES OF STAY OF ACTION PURSUANT TO GENERAL ORDER 615<br><br>(ECF Nos. 10, 12) |

　　　　Luisa Alvarez ("Plaintiff") filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying her application for disability benefits pursuant to the Social Security Act.  On October 23, 2020, an order issued requiring Plaintiff to show cause why sanctions should not issue for the failure to serve the summons and complaint in compliance with a September 30, 2020 order directing that service be effected.  On October 27, 2020, a response to the order to show cause and a proof of service were filed.

　　　　Based on the response, the order to show cause shall be discharged.

　　　　On April 14, 2020, General Order Number 615 issued staying all Social Security actions filed after February 1, 2020 until the Commissioner may begin normal operations at the Office of Appellate Hearings Operations and may resume preparation of a certified copy of the

administrative record.

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause, filed October 23, 2020 is DISCHARGED; and

2. The parties are NOTIFIED that pursuant to General Order Number 615, this action has been stayed and the stay will be automatically lifted when the Commissioner files the certified copy of the administrative record. See E.D. Cal. G.O. No. 615, ¶¶ 6, 10; see also ¶ 11 (setting forth good cause requirement to request lifting of stay in a specific case).

IT IS SO ORDERED.

Dated: __October 28, 2020__

UNITED STATES MAGISTRATE JUDGE