# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUISA ALVAREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:20-cv-01207-SAB<br><br>ORDER RE STIPULATION EXTENDING BRIEFING SCHEDULE<br><br>(ECF No. 25) |

On August 20, 2021, a stipulation and proposed order were filed, requesting to further extend the time for Plaintiff to file an opening brief. (ECF No. 25.) The Court informs the parties that pursuant to the scheduling order issued in this action, court approval is not required for an initial stipulated thirty (30) day extension of any part of the scheduling order, though the stipulation must be filed with the Court. (ECF No. 9 at 4.) Nonetheless, given the parties filed the stipulation as a request with a proposed order, the Court issues this order entering the stipulation and modifying the scheduling order.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff's opening brief shall be filed on or before **October 18, 2021**;

2. Defendant's opposition brief shall be filed on or before **November 17, 2021**; and

3. Plaintiff's reply, if any, shall be filed on or before **December 2, 2021**.

IT IS SO ORDERED.

Dated:   **September 15, 2021**

UNITED STATES MAGISTRATE JUDGE