# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUISA ALVAREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:20-cv-01207-SAB<br><br>ORDER RE STIPULATION EXTENDING BRIEFING SCHEDULE<br><br>(ECF No. 27) |

　　　　On October 15, 2021, a stipulation was filed requesting to further extend the time for Plaintiff to file an opening brief by fourteen (14) days. (ECF No. 27.) The Court finds good cause to grant the stipulated request.

　　　　Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

　　　　1.　　Plaintiff's opening brief shall be filed on or before **November 1, 2021**;

　　　　2.　　Defendant's opposition brief shall be filed on or before **December 1, 2021**; and

　　　　3.　　Plaintiff's reply, if any, shall be filed on or before **December 16, 2021**.

IT IS SO ORDERED.

Dated:　**October 15, 2021**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1