# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUISA ALVAREZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:20-cv-01207-SAB<br><br>ORDER RE STIPULATION EXTENDING DEADLINE FOR DEFENDANT TO FILE OPPOSITION BRIEF<br><br>(ECF No. 30) |

On November 30, 2021, a stipulation was filed requesting Defendant be granted a sixty (60) day extension of time to file an opposition brief. (ECF No. 30.) While the Court generally prefers extensions of thirty (30) days or less, the Court finds good cause to grant the stipulated extension of sixty (60) days based on the proffer that counsel assigned to this action is currently on extended leave, and that a more immediate reassignment of this action to another staff attorney is not tenable given the high volume of cases and limited staff availability.

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendant's opposition brief shall be filed on or before January 31, 2022.

IT IS SO ORDERED.

Dated: __December 1, 2021__

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE