# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUISA ALVAREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:20-cv-01207-SAB<br><br>ORDER DENYING MOTION FOR LEAVE TO PROCEED ON APPEAL *IN FORMA PAUPERIS* AS MOOT<br><br>(ECF No. 36) |

On August 4, 2022, the Court denied Plaintiff's Social Security appeal and entered judgment for Defendant. (ECF Nos. 34, 35.) On September 29, 2022, Plaintiff Luisa Alvarez, represented by counsel Harvey Peter Sackett, filed a notice of appeal and a motion to proceed *in forma pauperis* on appeal. (ECF Nos. 36, 37.)

However, Federal Rule of Appellate Procedure 24(a)(3) provides that "a party who was permitted to proceed *in forma pauperis* in the district-court action . . . may proceed on appeal *in forma pauperis* without further authorization, unless" an exception is applicable. In this case, Plaintiff was permitted to proceed *in forma pauperis* in this Court (see ECF No. 4) and neither of the two exceptions are applicable. Therefore, Plaintiff need not submit a motion to proceed *in forma pauperis* on appeal.

///

///

1

1    Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to proceed *in forma pauperis* on appeal (ECF No. 36) is DENIED AS MOOT.

IT IS SO ORDERED.

Dated:  **September 30, 2022**

_____
UNITED STATES MAGISTRATE JUDGE