# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KRAUSE,<br><br>    Petitioner,<br><br>v.<br><br>TARA KRAUSE,<br><br>    Respondent. | Case No. 1: 21-cv-01706-JLT-SAB<br><br>ORDER FOLLOWING STATUS HEARING AND CONTINUING EVIDENTIARY HEARING AND ASSOCIATED DEADLINES<br><br>(ECF Nos. 70, 78, 79, 85, 87, 88, 96) |

This action proceeds on Michael Krause's ("Petitioner") verified petition for the return of children to Petitioner (ECF No. 1), brought pursuant to the Hague Convention on the Civil Aspects of International Child Abduction and the International Child Abduction Remedies Act, Pub. L. No. 100-300, 102 Stat. 437 (1988) (codified as amended at 22 U.S.C. §§ 9001 et seq.), which implements the Convention. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. (ECF No. 17.) An evidentiary hearing was set for September 30, 2022, pertaining to Petitioner's motion to dismiss, and cross-motions for sanctions. (ECF Nos. 85, 88.) On September 26, 2022, the Court converted the evidentiary hearing into a status hearing due to the unavailability of a witness. (ECF No. 96.) The Court held the status hearing on September 30, 2022. Savannah C. Wadsworth, Richard Min, and Michael Banuchis, appeared on behalf of Petitioner. Drexwell Jones appeared on behalf of Respondent.

Pursuant to the matters discussed at the September 30, 2022 status hearing, IT IS HEREBY ORDERED that:

1. The evidentiary hearing on the parties' cross motions for sanctions and Petitioner's motion to dismiss (ECF Nos. 70, 78, 79, 85, 87, 88, 96), is CONTINUED to November 3, 2022, at 8:30 a.m., in Courtroom 9;

2. All deadlines contained in the Court's order following pre-evidentiary hearing (ECF No. 90), previously set for September 23, 2022, shall be CONTINUED to October 24, 2022;

3. All deadlines contained in the Court's order following pre-evidentiary hearing (ECF No. 90), previously set for September 26, 2022, shall be CONTINUED to October 27, 2022;

4. Any other deadlines pertaining to meeting and conferring and exchange of witnesses and documents that have already expired, and that do not require documents to be filed with the Court, may be extended by agreement of the parties; and

5. The date of compliance contained in the September 19, 2022 order granting Respondent's motion for subpoenas and subpoenas thereafter issued (ECF Nos. 90, 91, 92), previously being September 30, 2022, shall be CONTINUED to November 3, 2022, at 8:30 a.m., in Courtroom 9.

IT IS SO ORDERED.

Dated: **September 30, 2022**

UNITED STATES MAGISTRATE JUDGE